IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE LARRY POPE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. CIV-21-216-C ) |
| JIMMY MARTIN, Warden, | ) ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Green on September 9, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 17) of the Magistrate Judge is adopted and the complaint is dismissed.

IT IS SO ORDERED this 7th day of October 2021.

ROBIN J. CAUTHRON
United States District Judge